**Order entered February 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01448-CR

### CARIS DENELL BRYANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F15-23635-J

## ORDER

Before the Court is court reporter Kimberly Xavier's February 21, 2017 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed fourteen days from the date of the order.

/s/    LANA MYERS
        JUSTICE